## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK

Tristano Korlou,
       Plaintiff,

     v.                                 CASE NO.:  6:24-cv-6596

Trans Union, LLC;
Experian Information Solutions, Inc.;
Truist Bank;
       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action shall be and hereby is dismissed without prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a dismissal without prejudice may be entered in the above entitled action pursuant hereto.

Dated: November 12, 2024                        Respectfully Submitted,

                                                         */s/ Daniel Zemel*
                                                         Daniel Zemel
                                                         Zemel Law, LLC
                                                         660 Broadway
                                                         Paterson, NJ, 07514
                                                         Phone: 862-227-3106
                                                         Fax: 973-282-8603
                                                         dz@zemellawllc.com
                                                         *Attorneys for Plaintiff*

## **Certificate of Service**

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 12th day of November, 2024          Respectfully Submitted,

                                                 */s/ Daniel Zemel*
                                                 Daniel Zemel